**Opinion issued July 29, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-14-00542-CV**

_____

**WILLIAM K. ANDERSON, JR., Appellant**

**V.**

**MARJORIE DODD ANDERSON AND MARTIN SEIDLER, AS RECEIVER, Appellees**

---

**On Appeal from the 216th District Court**
**Kendall County, Texas**
**Trial Court Case No. 11-446**

---

**MEMORANDUM OPINION**

Appellant, William K. Anderson, Jr., has filed an unopposed motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.